# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVID WILLIAMS, Inmate Booking No. 14732898, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Civil No.   14cv1816 GPC (PCL) <br><br> **ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING CASE WITHOUT PREJUDICE FOR FAILING TO COMPLY WITH A COURT ORDER** <br><br> **(Doc. No. 18)** |

Joshua David Williams ("Plaintiff"), currently incarcerated at California Institute for Men located in Chino, California, and proceeding pro se, has filed a civil rights complaint ("Compl.") pursuant to 42 U.S.C. § 1983 (Doc. No. 1). On July 31, 2013, Plaintiff filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) (Doc. No. 2). The Court denied Plaintiff's Motion because he failed to file a certified copy of his prison trust account statement as required by 28 U.S.C. § 1915(a)(2). (ECF No. 3.) The Court permitted Plaintiff to file a renewed Motion and informed him he must comply with the Court's Order requiring the trust account statement. (ECF No. 3 at 3.)

1     Plaintiff then filed a second Motion to Proceed IFP but once again, he failed to submit a certified copy of his inmate trust account statement. (ECF No. 4.) Thus, the Court denied Plaintiff's Motion and informed him that he must file a certified copy of his inmate trust account statement as required by 28 U.S.C. § 1915(a)(2).

    Plaintiff has now filed a *third* Motion to Proceed IFP but he continues to fail to provide the required certified copy of his inmate trust account statement. (ECF No. 18). The Court cannot grant Plaintiff's Motion and allow Plaintiff to proceed in this action without his inmate trust account statement.

    This is the third time that the Court has explicitly informed Plaintiff of this requirement but he fails to comply with the Court's instructions. Accordingly, Plaintiff's Motion to Proceed IFP is once again **DENIED** pursuant to 28 U.S.C. § 1915(a)(2) and this action is dismissed for failing to comply with a Court Order.

    The Clerk of Court shall close the file.

DATED: November 12, 2014

*[signature]*
HON. GONZALO P. CURIEL
United States District Judge